Supreme Court of Pennsylvania, Eastern District. Certiorari denied. Petitioner *pro se. Randolph C. Ryder* for respondent.

No. 501, Misc. BOZELL *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 502, Misc. MALLOW *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 504, Misc. UNITED STATES EX REL. MORGAN *v.* MARTIN, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Herman N. Harcourt* and *Raymond B. Madden,* Assistant Attorneys General, for respondent.

No. 507, Misc. McHARNESS *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied. *Walter A. Raymond* for petitioner.

No. 508, Misc. LAMARR *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 509, Misc. BERNOVICH *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 512, Misc. GILBERT *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.